FILED

JUL 29 2022

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

PSB1
#3
Related: 1:18-cv-44

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Joseph Hensley

Vs.

Superintendent Kleinfelter

1:22-cv-241

## MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Joseph Hensley, am the plaintiff in the above entitled case. In support of my motion for leave to proceed in forma pauperis, I state that because of my poverty I am unable to pay the initial costs of said proceeding or to give security therefore and that I believe I am entitled to redress. In support of this motion, I declare the following responses are true.

1. If you are receiving prison wages, state the amount: $.19/hour for 6 hours x 5 days

2. If you received within the past twelve months any money from any source, explain, and state the amount: N/A Stimulus checks $3,200.00

3. State the amount of money you have in a checking, savings, or prison account:
   N/A

4. Identify and state the value of any real estate, stocks, bonds, notes automobiles, or other valuable property (excluding ordinary household furnishings and clothing) which you own:
   N/A

5. List the persons who are dependent upon you for support; state relation ship to those persons and indicate how much you contribute toward their support:
   N/A

I declare under penalty of perjury that the foregoing is true and correct.
SIGNED THIS 26th DAY OF July, 2022.

Plaintiff's Signature